RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
MAREN CLOUSE, Sr. Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, SAN JOSE
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>     Plaintiffs,<br><br>  v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>     Defendants. | Case Number:  5:18-cv-04826-BLF<br><br>**ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

ANSWER TO AMENDED COMPLAINT;
DEMAND FOR JURY TRIAL

Case No. 5:18-cv-04826-NC

1558100

Defendant, City of San Jose, for itself and no other, answers Plaintiffs' Amended Complaint as follows:

1.  Answering Paragraph 1 of the Amended Complaint purporting to characterize this action, Defendant denies the allegations.

2.  Answering Paragraph 2 of the Amended Complaint purporting to characterize this action, Defendant denies the allegations.

3.  Answering Paragraph 3 of the Amended Complaint, Defendant admits that this Court has jurisdiction but denies that any action arose under any statute from the incident alleged in the Amended Complaint.

4.  Answering Paragraph 4 of the Amended Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation.

5.  Answering numbered Paragraph 6 of the Amended Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation.

6.  Answering numbered Paragraph 7 of the Amended Complaint, Defendant admits that it is a municipal corporation located in the County of Santa Clara in the State of California and that it maintains a police department for purposes of law enforcement. Defendant denies that the police department is its agent.

7.  Answering numbered Paragraph 8 of the Amended Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation.  Defendant further responds that, under the Federal Rules of Civil Procedure, Doe defendants are not permitted.

8.  Answering numbered Paragraph 9 of the Amended Complaint, Defendant admits that a request for records concerning the shooting death of Jacob Dominguez dated February 13, 2018 was submitted to the San Jose Police Department, which responded that it was unable to comply with the request.  Except as expressly admitted, Defendant denies the allegations in Paragraph 9.

2

1

2  9.   Answering numbered Paragraph 10 of the Amended Complaint, Defendant is

3  without sufficient knowledge or information to form a belief as to the truth of the allegations

4  and on that basis denies each and every allegation.  Defendant further responds that,

5  under the Federal Rules of Civil Procedure, Doe defendants are not permitted.

6  10.   Answering numbered Paragraph 11 of the Amended Complaint, Defendant denies

7  that it or any defendant is liable to Plaintiffs.  Defendant is without sufficient knowledge or

8  information to form a belief as to the truth of the remaining allegations and on that basis

9  denies each and every remaining allegation.  Defendant further responds that, under the

10  Federal Rules of Civil Procedure, Doe defendants are not permitted.

11  11.   Answering numbered Paragraph 12 of the Amended Complaint, Defendant admits

12  that on September 15, 2017, San Jose police officers in unmarked vehicles apprehended

13  an armed robbery suspect, identified as Jacob Dominguez, in a Kia SUV at the

14  intersection of Penitencia Creek Road and White Road in San Jose.  Except as expressly

15  admitted, Defendant denies the allegations in Paragraph 12.

16  12.   Answering numbered Paragraph 13 of the Amended Complaint, Defendant admits

17  that on September 15, 2017, San Jose police officers justifiably shot and killed an armed

18  robbery suspect, identified as Jacob Dominguez.  Except as expressly admitted,

19  Defendant denies the allegations in Paragraph 13.

20  13.   Answering numbered Paragraph 14 of the Amended Complaint, Defendant denies

21  the allegations.

22  14.   Answering numbered Paragraph 15 of the Amended Complaint, Defendant

23  incorporates its responses to numbered Paragraphs 1 through 14 of the Amended

24  Complaint.

25  15.   Answering numbered Paragraph 16 of the Amended Complaint purporting to

26  characterize this action, Defendant denies the allegations.

27  16.   Answering numbered Paragraph 17 of the Amended Complaint, Defendant denies

28  the allegations.

3

17.  Answering numbered Paragraph 18 of the Amended Complaint, Defendant admits that on September 15, 2017, San Jose police officers in unmarked vehicles apprehended an armed robbery suspect, identified as Jacob Dominguez, in a Kia SUV at the intersection of Penitencia Creek Road and White Road in San Jose, at which point the suspect was justifiably shot and killed.  Except as expressly admitted, Defendant denies the allegations in Paragraph 18.

18.  Answering numbered Paragraph 19 of the Amended Complaint, Defendant denies the allegations.

19.  Answering numbered Paragraph 20 of the Amended Complaint, Defendant denies the allegations.

20.  Answering numbered Paragraph 21 of the Amended Complaint, Defendant denies the allegations.

21.  Answering numbered Paragraph 22 of the Amended Complaint, Defendant denies the allegations.

22.  Answering numbered Paragraph 23 of the Amended Complaint, Defendant denies the allegations.

23.  Answering numbered Paragraph 24 of the Amended Complaint, Defendant denies the allegations.

24.  Answering numbered Paragraph 25 of the Amended Complaint, Defendant denies the allegations.

25.  Answering numbered Paragraph 26 of the Amended Complaint purporting to characterize this action, Defendant denies the allegations.

26. Answering numbered Paragraph 27 of the Amended Complaint, Defendant denies the allegations.

27. Answering numbered Paragraph 28 of the Amended Complaint, Defendant denies the allegations.

28. Answering numbered Paragraph 29 of the Amended Complaint, Defendant denies the allegations.

29. Answering numbered Paragraph 30 of the Amended Complaint, Defendant denies the allegations.

30. Answering numbered Paragraph 31 of the Amended Complaint, Defendant denies the allegations.

31. Answering numbered Paragraph 32 of the Amended Complaint, Defendant denies the allegations.

32.  Answering numbered Paragraph 33 of the Amended Complaint purporting to characterize this action, Defendant denies the allegations.

33.  Answering numbered Paragraph 34 of the Amended Complaint, Defendant admits the allegations.

34.  Answering numbered Paragraph 35 of the Amended Complaint, Defendant denies the allegations.

35.  Answering numbered Paragraph 36 of the Amended Complaint, Defendant denies the allegations.

36.  Answering numbered Paragraph 37 of the Amended Complaint, Defendant denies the allegations.

37.  Answering numbered Paragraph 38 of the Amended Complaint, Defendant denies the allegations.

38.  Answering numbered Paragraph 47 of the Amended Complaint, Defendant denies the allegations.

39.  Answering numbered Paragraph 39 of the Amended Complaint, Defendant denies the allegations.

40.  In response to the allegations contained in the Prayer of the Amended Complaint, Defendant denies that Plaintiffs are entitled to any relief.

## **AFFIRMATIVE DEFENSES**

AS FOR A FIRST AFFIRMATIVE DEFENSE, Defendant alleges that the Amended Complaint fails to state a claim upon which relief can be granted.

ANSWER TO AMENDED COMPLAINT;                                    Case No. 5:18-cv-04826-NC
DEMAND FOR JURY TRIAL
                                                                                        1558100

AS FOR A SECOND AFFIRMATIVE DEFENSE, Defendant alleges that any harm that Plaintiffs and Plaintiffs' decedent suffered was the result of negligent or otherwise wrongful conduct of persons other than Defendant, including the conduct of Plaintiffs' decedent, and that the conduct of persons other than Defendant was the sole and proximate cause of the injuries and damages alleged by Plaintiffs.

AS FOR A THIRD AFFIRMATIVE DEFENSE, Defendant alleges that the Amended Complaint fails to state facts sufficient to establish Defendant committed or is otherwise legally responsible for a constitutional violation under Title 42 U.S.C. § 1983.

AS FOR A FOURTH AFFIRMATIVE DEFENSE, Defendant alleges it is immune from the state law causes of action pursuant to California Government Code Sections 800-1000.

AS FOR A FIFTH AFFIRMATIVE DEFENSE, Defendant alleges it is immune from the state law causes of action pursuant to California Government Code Section 815.2(b) and Section 820.8 granting immunity for an injury caused by the act or omission of another person.

AS FOR AN SIXTH AFFIRMATIVE DEFENSE, Defendant alleges that its actions towards the decedent were the result of his negligence and/or criminal conduct and that said actions of the decedent were the sole and proximate cause of any damages alleged by Plaintiffs in this case.

AS FOR A SEVENTH AFFIRMATIVE DEFENSE, Defendant alleges it is entitled to immunity from Plaintiffs' Amended Complaint by virtue of the provisions of Government Code of the State of California, Section 800 through 1000, including, but not limited to Sections 820.2, 820.4, 820.6, 820.8, 821, 821.6, and 822.2.

AS FOR AN EIGHTH AFFIRMATIVE DEFENSE, Defendant alleges that its actions were lawful and justified under the facts of the case and that at all times were in defense of self and others.

AS FOR A NINTH AFFIRMATIVE DEFENSE, Defendant alleges that it is protected by the affirmative defenses provided by California Penal Code Sections 197, 834(a), 835, 835(a), 836, and 836.5.

AS FOR A TENTH AFFIRMATIVE DEFENSE, Defendant alleges that it is immune from a claim of exemplary or punitive damages by virtue of Government Code Section 818.

AS FOR A ELEVENTH AFFIRMATIVE DEFENSE, Defendant alleges that any act or omission by Defendant alleged in said Amended Complaint was a result of the exercise of discretion vested in a public employee, and Defendant is therefore immune and not liable for such acts (Government Code Section 820.2).

WHEREFORE, this answering Defendant prays:

1.   That Plaintiffs take nothing by their Amended Complaint;

2.   That Plaintiffs' Amended Complaint be dismissed with prejudice;

3.   That Defendants be awarded costs of suit, including attorney's fees incurred herein; and

4.   For such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendant City of San Jose demands a trial by jury.

Respectfully submitted,

Dated:  September 28, 2018                    RICHARD DOYLE, City Attorney

By:   _/s/ Maren J. Clouse_
                    MAREN J. CLOUSE
                    Sr. Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSE