NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (
MAREN J. CLOUSE, Senior Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE,
SAN JOSE POLICE DEPARTMENT, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>Defendants. | Case Number:  5:18-cv-04826-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY SCHEDULE** |

The parties, by and through their respective counsel, hereby agree as follows:

WHEREAS, the Court issued a Case Management Order on November 8, 2018 (Dkt. No. 24) setting the following dates:  last day for dispositive motions to be heard, April 21, 2022; pretrial conference, July 28, 2022; trial, August 22, 2022;

WHEREAS, on November 30, 2018, pursuant to the parties' stipulation, the Court ordered (Dkt. No. 28) that:  fact discovery close on May 14, 2020; expert disclosure take place on May 21, 2020; and expert discovery close on June 26, 2020;

/ / /

/ / /

WHEREAS, on March 19, 2020, pursuant to the parties' stipulation, the Court ordered (Dkt. No. 43) that: fact discovery close on September 5, 2020; expert disclosure take place on November 7, 2020; and expert discovery close on December 12, 2020;

WHEREAS, on October 2, 2020, in granting Plaintiffs' motion, the Court ordered (Dkt. No. 44) that: fact discovery close on March 5, 2021; expert disclosure take place on April 7, 2020; and expert discovery close on May 13, 2021;

WHEREAS, due to disruption related to heightened restrictions on in-person proceedings in effect beginning in December 2020, the parties were not able to hold the depositions of Defendant Officer Pina and other San Jose Police officers until the week of March 1, 2021, resulting in delayed receipt of deposition transcripts for review and consideration by expert witnesses;

WHEREAS, in light of that timing and the parties' schedules, the parties wish to extend the expert discovery schedule; and

WHEREAS, extending the expert discovery schedule will not impact the parties' abilities to meet the timeline for dispositive motions and trial;

WHEREFORE, the parties hereby stipulate and agree to modify the expert discovery schedule as follows:

| | |
|---|---|
| Disclosure of experts | May 21, 2021 |
| Close of expert discovery | July 16, 2021 |

Dated: March 17, 2021                    NORA FRIMANN, City Attorney

By: /s/ Maren J. Clouse
    MAREN J. CLOUSE
    Chief Deputy City Attorney

Attorneys for Defendants

///

///

Dated: March 17, 2021        LAW OFFICES OF JOHN KEVIN CROWLEY

By: /s/ John Kevin Crowley
    JOHN KEVIN CROWLEY

Attorneys for Plaintiffs, Jessica Dominguez individually and Jessica Dominguez as Guardian Ad Litem for JAD (1), JAD (2) and JAD (3)

I attest that Plaintiffs' counsel has read and approved this document and given consent to the filing of the same with the Court.

Dated: March 17, 2021        NORA FRIMANN, City Attorney

By: /s/ Maren J. Clouse
    MAREN J. CLOUSE
    Chief Deputy City Attorney

Attorneys for Defendants

## [PROPOSED] ORDER

The Court has reviewed and considered the Parties' stipulation regarding the expert discovery schedule. **IT IS HEREBY ORDERED THAT** the expert discovery schedule be modified as follows:

| | |
|---|---|
| Disclosure of experts | May 21, 2021 |
| Close of expert discovery | July 16, 2021 |

Other dates shall remain as previously ordered.

DATED: _____        _____
                            HON. BETH LABSON FREEMAN
                            UNITED STATES DISTRICT JUDGE