JOHN KEVIN CROWLEY (SBN: 88189)
**ATTORNEY AT LAW**
125 S. Market Street, Suite 1200
San Jose, California 95113-2288
Telephone: (408) 288-8100
Facsimile:  (408) 288-9409
e-mail: jkclaw@pacbell.net

Attorney for Plaintiffs
**JESSICA DOMINGUEZ INDIVIDUALLY
AND JESSICA DOMINGUEZ AS GUARDIAN
AD LITEM FOR JAD (1), JAD (2)
AND JAD (3)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ INDIVIDUALLY AND JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) AND JAD (3),<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, MICHAEL PINA, AND DOE POLICE OFFICERS 2 through 5,<br>Defendants. | Case No.: 5:18-cv-04826 BLM<br><br>**PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (EXHIBIT 10, CROWLEY DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT); MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER**<br><br>Trial Date: August 22, 2022 |

**TO DEFENDANTS, SAN JOSE POLICE DEPARTMENT, MICHAEL PINA AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, JESSICA DOMINGUEZ INDIVIDUALLY and JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) and JAD (3), hereby move the Court for an order for permission to file Exhibit 10 (City of San Jose Police Department Internal Affairs video interview with Officer Pina the night of the

shooting produced by Defendants in discovery) to the Declaration of John Kevin Crowley in support of Plaintiffs' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment ("MSJ") without sealing.

Plaintiffs' request for the Court to forego sealing is based upon the grounds that Exhibit 10 is a necessary piece of evidence in support of Plaintiffs' MSJ. It is the product of a state agency that is funded by public monies. Exhibit 10 is a video that was produced to Plaintiffs by Defendants during the course of discovery in this action; and the video was only produced pursuant to a stipulated protective order entered into by the parties and signed by the Court (ECF 41). Based upon the foregoing, and pursuant to the terms of the protective order and Civil Local Rule 79-5, Plaintiffs bring this request for an order to forego sealing another party's material. The interest in the public's full access to Exhibit 10, and full transparency in the Court's proceedings, outweigh the competing interests in sealing the video.

Plaintiffs' motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of John Kevin Crowley, Esq., and all exhibits attached thereto and all of the pleadings on file herein.

Dated: March 15, 2022

By: _____
John Kevin Crowley
Attorney for Plaintiffs,
JESSICA DOMINGUEZ INDIVIDUALLY
AND JESSICA DOMINGUEZ AS
GUARDIAN AD LITEM FOR JAD (1),
JAD (2) and JAD (3)

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION / SUMMARY OF FACTS

The long recognized presumption is for the public to have unfettered access to the records of the public courts. Here, Exhibit 10 is a necessary piece of evidence in support of Plaintiffs' MSJ and the video is the product of a government agency that is funded by public monies. The video was produced by Defendants pursuant to a stipulated protective order entered into by the parties and signed by the Court (ECF 41). The interest in the public's full access to Exhibit 10, and full transparency in the Court's proceedings, outweigh the competing interests in sealing the video.

### II. DISCUSSION

Most courts recognize a presumption of public access to court records based on common law and First Amendment (free press) grounds. Therefore, the public normally has the right to inspect and copy documents filed with the court. *See Nixon v. Warner Communications, Inc.* (1978) 435 U.S. 589, 597; *Globe Newspaper Co. v. Superior Court for Norfolk County* (1982) 457 U.S. 596, 603; *Phillips ex rel. Estates of Byrd v. General Motors Corp.* (9th Cir. 2002) 307 F.3d 1206, 1212. To limit the common law right of access to judicial records, a party seeking to seal most judicial records must show that "compelling reasons supported by specific factual findings … outweigh … the public policies favoring disclosure." *Pintos v. Pacific Creditors Ass'n* (9th Cir. 2010) 605 F.3d 665, 677-678 (internal quotes omitted). This case presents no reason to divert from the normal presumption of public access to Exhibit 10.

Pursuant to Section V of the Standing Order re Civil Cases, Plaintiffs submit the following chart:

/ / /

/ / /

| ECF | DOCUMENT | PORTION TO FOREGO SEAL | REASON TO NOT SEAL EXHIBIT 10 TO J. K. CROWLEY DECLARATION |
|---|---|---|---|
| 53 | Declaration of John Kevin Crowley in support of Motion for Summary Judgment | Exhibit 10 (City of San Jose Police Department Internal Affairs video interview with Officer Pina the night of the shooting produced by Defendants in discovery) | The public interest in full disclosure of court proceedings that concern the killing of an unarmed suspect by police outweighs the interest in sealing Exhibit 10. There is no indication that Exhibit 10 will be used for an improper or libelous purposes, and it contains no protected intellectual property right. *Pintos,* 605 F.3d at 679, fn. 6. |

### III. CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that the Court grant an order that permits Plaintiffs to file Exhibit 10 without sealing.

Dated: March 15, 2022

John Kevin Crowley
Attorney for Plaintiffs,
JESSICA DOMINGUEZ INDIVIDUALLY AND JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) and JAD (3)

**[PROPOSED] ORDER**

Plaintiffs' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (EXHIBIT 10, CROWLEY DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT) was considered by the Court. Having read the motion, the points and authorities and declarations filed by the parties, the Court hereby GRANTS Plaintiffs' Administrative Motion to Consider Sealing Another Party's Material. Exhibit 10 to the Declaration of John Kevin Crowley is to be filed not under seal.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
Judge of the United States District Court