NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN J. CLOUSE, Chief Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and OFFICER MICHAEL PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>Defendants. | Case Number: 5:18-cv-04826-BLF<br><br>**DECLARATION OF MICHAEL PINA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 21, 2022<br>Time: 9:00 a.m.<br>Room: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman<br><br>Trial Date: August 22, 2022 |

I, Michael Pina, declare:

1. I have personal knowledge of each of the facts set forth in this declaration and can testify competently thereto.

2. I am employed as a Sergeant with the San Jose Police Department ("SJPD") and have been an SJPD officer since 2006.

3. On September 15, 2017, I was assigned to SJPD's Covert Response Unit and was part of a group of officers attempting to apprehend subject Jacob Dominguez on a felony warrant for armed robbery. Our group had information that the subject was armed.

4. I and other officers attempted to apprehend the subject at the corner of

Penitencia Creek and South White Roads in San Jose as he was seated in the vehicle he was driving.

5. During the apprehension, in response to the subject's actions, I fired my rifle at him. When I fired, I was facing the driver's side door of the vehicle; the subject was sitting in the driver's seat.

6. Following the shooting, I separated myself from other officers. I did that because I was aware that SJPD practice is for an officer involved in a shooting to isolate himself until a formal interview about the incident is conducted.

7. At the scene, I provided so-called "public safety information" concerning how many shots were fired and in what direction. Public safety questions were posed by a sergeant. The sergeant did not ask, and I did not discuss, why I fired at the subject or anything about the subject's actions before the shooting.

8. I then was transported to SJPD headquarters, where I was interviewed by a detective from SJPD's Homicide Unit and a detective from the Santa Clara County District Attorney's Office.

9. Other than answering the "public safety questions," I did not discuss the shooting incident with any police officer before being interviewed at SJPD headquarters.

10. I told the detectives who interviewed me at SJPD headquarters the following: I ordered the subject to put his hands up; the subject did not initially comply; then the subject put his hands up; after having put his hands up, the subject stared at me and then quickly put his hands down and leaned down; the subject's actions led me to believe the subject was retrieving a weapon; I fired my weapon at the subject.

11. What I told the detectives was a true and accurate description of the subject's actions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2022 in San José, California.

SGT. MICHAEL PINA