NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN J. CLOUSE, Chief Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and OFFICER MICHAEL PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>Defendants. | Case Number:  5:18-cv-04826-BLF<br><br>**DECLARATION OF KRISTOFFER FERGUSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  April 21, 2022<br>Time:  9:00 a.m.<br>Room:  Courtroom 3, 5th Floor<br>Judge:  Hon. Beth Labson Freeman<br><br>Trial Date:  August 22, 2022 |

I, Kristoffer Ferguson, declare:

1.   I have personal knowledge of each of the facts set forth in this declaration and can testify competently thereto.

2.   I am employed as an officer with the San Jose Police Department ("SJPD") and have been an SJPD officer since 2007.

3.   On September 15, 2017, I was assigned to SJPD's Covert Response Unit and was part of a group of officers attempting to apprehend subject Jacob Dominguez on a felony warrant for armed robbery. Our group had information that the subject was armed.

4.   I and other officers attempted to apprehend the subject at the corner of

Penitencia Creek and South White Roads in San Jose as he was seated in the vehicle he was driving.

5. I was standing to the right of Officer Pina, facing the driver's side of the vehicle the subject was driving, when I heard him Officer Pina fire his rifle at the subject.

6. Before Officer Pina fired his rifle, I observed the following: I and other officers ordered the subject to put his hands up; the subject put his hands up; then, the subject said something to Officer Pina; the subject looked at Officer Pina and then reached down with both hands; I heard two shots, which I believed were fired by Officer Pina.

7. Following the shooting, I was transported to SJPD headquarters, where I was interviewed by a detective from SJPD's Homicide Unit and a detective from the Santa Clara County District Attorney's Office. I told the detectives what I observed about the subject's actions before shots were fired.

8. I did not discuss the subject's actions before the shooting with any police officer before I was interviewed at SJPD headquarters. I did not do that because I believed that SJPD protocols include that an officer who is a witness to an officer-involved shooting should not discuss the incident before being interviewed by detectives.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 10, 2022 in San José, California.

OFFICER KRISTOFFER FERGUSON #4030