NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN J. CLOUSE, Chief Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and OFFICER MICHAEL PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>Defendants. | Case Number: 5:18-cv-04826-BLF<br><br>**DECLARATION OF KEITH NEUMER IN SUPPORT OF CITY OF SAN JOSE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 21, 2022<br>Time: 9:00 a.m.<br>Room: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman<br><br>Trial Date: August 22, 2022 |

I, Keith Neumer, declare:

1. I have personal knowledge of each of the facts set forth in this declaration and can testify competently thereto.

2. I am employed as a Sergeant with the San Jose Police Department ("SJPD") and have been an SJPD officer since January 2000. I currently serve as an Investigator in the Office of the City Attorney, a position I have held since January 2019.

3. Since approximately early 2017, uniformed SJPD patrol officers have been equipped with body worn cameras, which record video and audio when activated. Cameras are assigned by serial number to each officer. SJPD policy provides that officers

activate their cameras when initiating enforcement encounters and arrests, among other activities. Most officers attach the cameras to the chest area of their uniforms.

4. Officers are generally expected to upload files to an SJPD-specific site hosted by evidence.com from their cameras during or at the conclusion of their shifts. An officer executes this task by removing the camera from his or her uniform and placing the camera in a docking station. The docking station automatically retrieves any data from the camera, removes the data from the camera, and places it onto the evidence.com server. Once the files are removed from the camera and saved on the server, the files cannot be deleted or redacted by the officer and no longer exist on the camera itself. At that point, the files can only be viewed by the officer on the evidence.com website. Access to this site is controlled by a user name and password.

5. I am familiar with SJPD's process for collecting, storing, and organizing body worn camera files uploaded by officers in the regular course of SJPD's activities. Files are accessed through the SJPD-specific site hosted by evidence.com. For each file, the site identifies the serial number of the camera it was uploaded from and displays the officer to whom that camera is assigned. The site also identifies when each file was uploaded. Files are associated on that site with the SJPD incident number to which they relate.

6. The September 15, 2017 incident resulting in the officer-involved shooting of Jacob Dominguez is SJPD incident number 17-258-0283. In the course of my duties, I retrieved body worn camera files associated with that incident number, including attached Exhibits 1 through 5.

7. Attached as Exhibit 1 is a true and correct copy of an excerpt of a file uploaded from the body worn camera assigned to Officer Michael Pina on September 15, 2017. The City of San Jose produced the complete file to Plaintiffs in this litigation with bates number SJ1764.

8. Attached as Exhibit 2 is a true and correct copy of an excerpt of a file uploaded from the body worn camera assigned to Officer Kristopher Ferguson on September 15, 2017. The City of San Jose produced the complete file to Plaintiffs in this

1  litigation with bates number SJ1766.

2  9. Attached as Exhibit 3 is a true and correct copy of an excerpt of a video file
3  obtained from an area resident depicting the scene of the incident on September 15, 2017.
4  The City of San Jose produced the complete file to Plaintiffs in this litigation with bates
5  number SJ1664.

6  10. Attached as Exhibit 4 is a true and correct copy of a photograph taken by
7  SJPD investigators at the scene following the officer-involved shooting. The photo has
8  been altered to obscure the face of the deceased subject. The City of San Jose produced
9  the unaltered photograph to Plaintiffs in this litigation with bates number SJ0424.

10  11. Attached as Exhibit 5 is a true and correct copy of a warrant for the arrest of
11  Jacob Dominguez dated September 14, 2017. Personally identifying information of Jacob
12  Dominguez is redacted from the document. The City of San Jose produced the unredacted
13  document to Plaintiffs in this litigation with bates number SJ1886.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2022 in San José, California.

*Keith Neumer*
SGT. KEITH NEUMER