NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN CLOUSE, Chief Deputy City Attorney (228726)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and OFFICER MICHAEL PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and DOE POLICE OFFICERS 1, 2 AND 3, and DOES, inclusive,<br><br>Defendants. | Case Number:  5:18-cv-04826-BLF<br><br>**MANUAL FILING NOTIFICATION**<br><br>Exhibits 1-5 to Declaration of Keith Neumer ISO City of San Jose's Motion for Summary Judgment (Thumb Drive)<br><br>Date:        April 21, 2022<br>Time:       9:00 a.m.<br>Room:     Courtroom 3, 5th Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Trial Date:   August 22, 2022 |

Regarding: Exhibits 1 through 5 to the Declaration of Keith Neumer in Support of Defendants' Motion for Summary Judgment.

Filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http:// www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[__] Voluminous Document (PDF file size larger than the efiling systems allows)

[__] Unable to Scan Documents

[__] Physical Object (description): _____

[XX] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[__] Item Under Seal in Criminal Case

[__] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[__] Other (description): _____

Dated:  March 17, 2022

Respectfully submitted,

NORA FRIMANN, City Attorney

By:   */s/ Maren J. Clouse*
        MAREN CLOUSE
        Chief Deputy City Attorney

Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME:   DOMINGUEZ v. CITY OF SAN JOSE

CASE NO.:    5:18-cv-04826-BLF

I, the undersigned declare as follows:

I am over 18 years of age and not a party to this action.  My business address is 200 East Santa Clara Street, San Jose, California  95113-1905, and is located in the county where the service described below occurred.

On March 17, 2022, I caused to be served the within:

**Exhibits 1-5 to Declaration of Keith Neumer ISO City of San Jose's Motion for Summary Judgment (Thumb Drive)**

☒ by OVERNIGHT DELIVERY, with a copy of this declaration, by depositing them into a sealed envelope/package, with delivery fees fully prepaid/provided for, and

☐ causing the envelope/package to be deposited for collection
☒ causing the envelope/package to be delivered to an authorized courier or driver to receive the envelope/package

designated by the express service carrier for next day delivery.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery by an express courier service.  Such correspondence would be deposited with the express service or delivered to the authorized express service courier/driver to receive an envelope/package for the express service that same day in the ordinary course of business.

Addressed as follows:

| | |
|---|---|
| John Kevin Crowley<br>The Crowley Firm<br>125 South Market Street, Suite 1200<br>San Jose, CA 95113<br>Phone Number:  (408) 288-8100<br>Fax Number:  (408) 288-9409<br>Email: jkc@gedlaw.com<br>         mariela@gedlaw.com | Attorneys Plaintiff, Jessica Dominguez |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 17, 2022, at San Jose, California.

_____
V. Burrow

_____
PROOF OF SERVICE