1

2

3                    **UNITED STATES DISTRICT COURT**

4                    **NORTHERN DISTRICT OF CALIFORNIA**

5                            **SAN JOSE DIVISION**

6

7    JESSICA DOMINGUEZ, et al.,              Case No.  18-cv-04826-BLF

8              Plaintiffs,

9         v.                                 **ORDER STRIKING PLAINTIFFS'**
                                             **OPPOSITIONS TO DEFENDANTS'**
10   CITY OF SAN JOSE, et al.,               **FIRST AND SECOND MOTIONS *IN***
                                             ***LIMINE* FOR NONCOMPLIANCE**
11             Defendants.                   **WITH STANDING ORDERS**
                                             **WITHOUT PREJUDICE TO FILING**
12                                           **REVISED VERSIONS; ADMONISHING**
                                             **PLAINTIFFS' REGARDING**
13                                           **OPPOSITIONS TO DEFENDANTS'**
                                             **THIRD AND FOURTH MOTIONS *IN***
14                                           ***LIMINE***

15                                           [Re:  ECF Nos. 95, 96, 97, 98]

16        On July 21, 2022, Plaintiffs filed oppositions to Defendants' motions *in limine*.  *See*

17   ECF Nos. 95–99.  Four of those oppositions—the oppositions to Defendants' first, second, third,

18   and fourth motions *in limine* (ECF Nos. 95–98)—fail to comply with the Court's Standing Order

19   Re Civil Jury Trials.  *See* Civil Jury Trial Standing Order § III.C ("Briefing on each motion shall

20   not exceed 5 pages per side.").

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As to the oppositions to Defendants' third and fourth motions *in limine* (ECF Nos. 97, 98), the Court hereby ADMONISHES Plaintiffs for failing to comply with the Court's Standing Orders. The Court will not require Plaintiffs to file revised versions of these two oppositions since the number of pages is approximately within the page limits of the Court's Standing Orders.  However, Plaintiffs' oppositions to Defendants' first and second motions *in limine* (ECF Nos. 95, 96) are significantly outside the page limits required by the Court's Standing Orders.  Accordingly, the Court STRIKES Plaintiffs' oppositions to Defendants' first and second motions *in limine* WITHOUT PREJUDICE to filing revised versions of no more than 5 pages each **by July 22, 2022 at 12:00 P.M**.

**IT IS SO ORDERED.**

Dated:  July 21, 2022

_____

BETH LABSON FREEMAN
United States District Judge