JOHN KEVIN CROWLEY (Bar No. 88189)
**ATTORNEY AT LAW**
125 S. Market Street, Suite 1200
San Jose, California 95113-2288
Telephone: (408) 288-8100
Facsimile:  (408) 288-9409
E-mail: jkclaw@pacbell.net

Attorney for Plaintiffs
**JESSICA DOMINGUEZ INDIVIDUALLY
AND JESSICA DOMINGUEZ AS GUARDIAN
AD LITEM FOR JAD (1), JAD (2)
AND JAD (3)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ INDIVIDUALLY AND JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) AND JAD (3),<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, MICHAEL PINA, AND DOE POLICE OFFICERS 2 through 5,<br><br>Defendants. | Case No.: 5:18-cv-04826 BLF<br><br>**PLAINTIFFS' REVISED TRIAL EXHIBIT LIST**<br><br>**Date: August 19, 2022<br>Time: 9:00 a.m.<br>Dept.: 3, Fifth Floor** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Pursuant to FRCP 26(a)(3), Plaintiffs, JESSICA DOMINGUEZ INDIVIDUALLY and JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) AND JAD (3), submit the following as and for their trial exhibit list and further state

1

depending on the issues developed at the trial of this case, and upon the trial court's rulings on evidentiary matters, they may offer one or more of the following exhibits and/or enlargements of the same at trial of the above-captioned matter. Plaintiffs reserve the right to offer any item appearing on the exhibit list of any other party to this action and reserve the right to offer unlisted exhibits for purposes of impeachment or rebuttal. The fact that an item appears on this list as a potential exhibit is not to be considered a waiver of any objections Plaintiffs may have to its admissibility.

Dated:  August 15, 2022

/s/ John Kevin Crowley
JOHN KEVIN CROWLEY
**ATTORNEY FOR PLAINTIFFS,**
**JESSICA DOMINGUEZ,** *ET AL.*

## PLAINTIFFS' TRIAL EXHIBITS

| Exhibit No. | Description | Bates or Depo. Ex. Number | Sponsoring Witness | Marked for Identification | Admitted in Evidence |
|---|---|---|---|---|---|
| 1 | Government Claim (GC §910) | | Plaintiffs | | |
| 2 | DA Report on Fatal Shooting of Dominguez | | Plaintiffs & Defendants | | |
| 3 | Third Amended Complaint | Docket #123 | Plaintiffs | | |
| 4 | City of San Jose's Answer to Amended Complaint | Docket #38 | Defendants | | |
| 5 | Pina's Answer to Amended Complaint | Docket #39 | Defendants | | |
| 6 | Stipulated Protective Order | Docket #41 | Plaintiffs & Defendants | | |
| 7 | Plaintiff's Response to Interrogatories | | Plaintiffs | | |
| 8 | Pl. GAL's Response to Request for Documents | | Plaintiffs | | |
| 9 | Plaintiff's Response to Request for Documents | | Plaintiffs | | |
| 10 | Plaintiff's Amended Response to Interrogatories | | Plaintiffs | | |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Pl's Amended Response to Request for Documents | | Plaintiffs | | |
| 12 | Pl. GAL's Amended Response to Request for Documents | | Plaintiffs | | |
| 13 | GAL's Document Production | Bates 1-197 | Plaintiffs | | |
| 14 | Plaintiff's Document Production | Bates 1-376 | Plaintiffs | | |
| 15 | City of SJ's Response to Special Interrogatories | | Defendants | | |
| 16 | City of SJ's Response to Request for Documents (PO) | | Defendants | | |
| 17 | City of SJ's Production of Documents | | Defendants | | |
| 18 | City of SJ's Supp. Response to Special Interrogatories | | Defendants | | |
| 19 | City of SJ's Amended Response to Request for Documents | | Defendants | | |
| 20 | City of SJ's Response to Request for Documents, Set #2 | | Defendants | | |

| # | Description | | Party | | |
|---|---|---|---|---|---|
| 21 | City of SJ's Supp. Response to Request for Documents, Set 2 | | Defendants | | |
| 22 | Pina's Response to Special Interrogatories (PO) | | Defendants | | |
| 23 | Pina's Response to Request for Documents (PO) | | Defendants | | |
| 24 | Pina's Production of Documents | | Defendants | | |
| 25 | Pina's Amended Response to Special Interrogatories | | Defendants | | |
| 26 | Pina's Amended Response to Request for Documents | | Defendants | | |
| 27 | Deposition Transcript of Jessica Dominguez | | Plaintiffs | | |
| 28 | Deposition Transcript of Officer Lopez | | Plaintiffs | | |
| 29 | Deposition Transcript of Officer Pina | | Plaintiffs | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | Deposition Transcript of Officer Ferguson | | Plaintiffs | | |
| 31 | Deposition Transcript of Daniel Sudakin, M.D. | | Defendants' Expert | | |
| 32 | Deposition Transcript of John R. Black | | Defendants' Expert | | |
| 33 | Deposition Transcript of Phil Allman | | Plaintiffs' Expert | | |
| 34 | Deposition Transcript of Alan Barbour | | Plaintiffs' Expert | | |
| 35 | Deposition Transcript of Scott DeFoe | | Plaintiffs' Expert | | |
| 36 | Deposition Transcript of Rocky Edwards | | Defendants' Expert | | |
| 37 | Deposition Transcript of David Balash | | Plaintiffs' Expert | | |
| 38 | Bodyworn camera video – Ferguson | SJ1640 | Plaintiffs | | |
| 39 | Bodyworn camera video – Jimenez | SJ1641 | Plaintiffs | | |
| 40 | Bodyworn camera video - Pina | SJ1642 | Plaintiffs | | |
| 41 | Bodyworn camera video – Lopez | SJ1643 | Plaintiffs | | |

6
PLAINTIFFS' REVISED EXHIBIT LIST          5:18-cv-04826 BLF

| | | | | | |
|---|---|---|---|---|---|
| 42 | Transcript of Officers Ferguson, Lopez & Pina's bodyworn camera videos | | Plaintiffs | | |
| 43 | Dominguez' black sweatshirt with bullet hole | Item SJ182278-27/#28 | Plaintiffs | | |
| 44 | Photos-Officer's AR-15 & vest | SJ0205-207 | Plaintiffs | | |
| 45 | Photo-Street Vehicle Containment | SJ0317 | Plaintiffs | | |
| 46 | Ferguson Interview video & transcript | Number 02 Channel Ch4 Room Homicide Room 2 01-15-23 SD | Plaintiffs | | |
| 47 | Lopez Interview video & transcript | Number 01 Channel Ch3 Room Homicide Room 2 23-33-40 SD | Plaintiffs | | |
| 48 | Pina Interview video & transcript | Number 01 Channel Ch3 Room Homicide Room 2 02-14-35 SD-final | Plaintiffs | | |
| 49 | Plaintiffs' family photos | | Plaintiffs | | |

| # | | | | | |
|---|---|---|---|---|---|
| 50 | Photos of Dominguez in car | SJ0424-425, SJ0428, SJ0432, SJ0471, 12343853, 12343868e, 12343871e | Plaintiffs' Experts | | |
| 51 | Coroner's Photos | SJ0653, SJ0661, SJ0657-658, SJ0665, 12352475, 12352484, 12352493 | Plaintiffs' Experts | | |
| 52 | Canine Photos | SJ0439-441, SJ9443, SJ0657 | Plaintiffs' Experts | | |
| 53 | Photos of Car | SJ0699-701, SJ0705-709, SJ0711-716, | Experts | | |
| 54 | Photos of Car Interior | 12343853, 12343868e, 12343871e | Experts | | |
| 55 | Photos of Trajectory & Projectiles | SJ0720-734, SJ0736-741, SJ0743-745, 12363212e+line, 12363227ce+line, 12363230ce, 12363239+line, 12363266ce, 1236281 | Experts | | |
| 56 | Photos of Dominguez' plane ticket | SJ0560-562 | Plaintiffs | | |

| | | | | | |
|---|---|---|---|---|---|
| 57 | Photos of Dominguez' sweatshirt | 12344003e, BLsleeve—DSC_3555, DCSF1420, DCSF1423-1426, DCSF1430-1431, DCSF1439, DCSF1451, B-LAB_6714, BLsleeve-LAB_6721, F-LAB_6655, F-LAB-6707, FLSleeve-LAB_6662, FLsleeve-LAB_6666 | Experts | | |
| 58 | Photos of Bullet in B-Pillar | 12363158, 12363161, 12363182, 12363185, 12363206, 12363218, 12363221, 12363224, 12363227, 12363230, 12363233, 12363236, 12363239, 12363242, 12363245, 12363248, 12363251, 12363254, 12363257, 12363260, 12363266, 12363272, 12363275, 12363278, 12363281 | Experts | | |

| # | Description | ID | Sponsor | | |
|---|---|---|---|---|---|
| 59 | Crime Lab Physical Evidence Exam. Report, Supp. Report #1 (jacketing & projectile) | SJ1628 | Experts | | |
| 60 | Video-Street View VCT | NVR_Sherlock_ch3_main_20170915190000_20170915190500 | Experts | | |
| 61 | Enlarged Street View video | | Plaintiffs | | |
| 62 | Ybarra Video Interview of Dominguez & transcript | | Witness Adam Ybarra | | |
| 63 | "Making of a Gangsta" Video & transcript | | Witness Adam Ybarra | | |
| 64 | Animated Stills-Dominguez view | | Experts | | |
| 65 | Animated Stills-Pina Testimony | | Experts | | |
| 66 | Animated Stills-Edwards' Opinion | | Experts | | |
| 67 | Animated Video-Dominguez View A, 1x | | Experts | | |
| 68 | Animated Video-Dominguez, View A, 2x | | Experts | | |
| 69 | Animated Video-Dominguez, View A, 5x | | Experts | | |

| | | | | | |
|---|---|---|---|---|---|
| 70 | Animated Video- Dominguez, View A, 10x | | Experts | | |
| 71 | Animated Video- Dominguez, View B, 1x | | Experts | | |
| 72 | Animated Video- Dominguez, View B, 2x | | Experts | | |
| 73 | Animated Video- Dominguez, View B, 5x | | Experts | | |
| 74 | Animated Video- Dominguez, View B, 10x | | Experts | | |
| 75 | Animated Video- Pina, View A, 1x | | Officer Pina & Experts | | |
| 76 | Animated Video- Pina, View A, 2x | | Officer Pina & Experts | | |
| 77 | Animated Video- Pina, View A, 5x | | Officer Pina & Experts | | |
| 78 | Animated Video- Pina, View A, 10x | | Officer Pina & Experts | | |
| 79 | Animated Video- Pina, View B, 1x | | Officer Pina & Experts | | |
| 80 | Animated Video- Pina, View B, 2x | | Officer Pina & Experts | | |
| 81 | Animated Video- Pina, View B, 5x | | Officer Pina & Experts | | |
| 82 | Animated Video- Pina, View B, 10x | | Officer Pina & Experts | | |
| 83 | Animated Video- Edwards, View A, 1x | | Experts | | |

| | | | | | |
|---|---|---|---|---|---|
| 84 | Animated Video-Edwards, View A, 2x | | Experts | | |
| 85 | Animated Video-Edwards, View A, 5x | | Experts | | |
| 86 | Animated Video-Edwards, View A, 10x | | Experts | | |
| 87 | Animated Video-Edwards, View B, 1x | | Experts | | |
| 88 | Animated Video-Edwards, View B, 2x | | Experts | | |
| 89 | Animated Video-Edwards, View B, 5x | | Experts | | |
| 90 | Animated Video-Edwards, View B, 10x | | Experts | | |
| 91 | Combined Officers' bodyworn camera videos | | Experts | | |
| 92 | JAD (1) video & transcript | | Plaintiffs | | |
| 93 | JAD (2) video & transcript | | Plaintiffs | | |
| 94 | JAD (3) video & transcript | | Plaintiffs | | |
| 95 | Canine video & transcript | SJ1646 | Plaintiffs | | |