1
2
3                    **UNITED STATES DISTRICT COURT**
4                    **NORTHERN DISTRICT OF CALIFORNIA**
5                              **SAN JOSE DIVISION**
6

| | |
|---|---|
| JESSICA DOMINGUEZ, et al., | Case No. 18-cv-04826-BLF |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

This action came before the Court for trial by jury, Judge Beth Labson Freeman presiding. The trial commenced on August 22, 2022 and the jury returned its verdict on August 31, 2022. Consistent with the jury's verdict, which is attached hereto, JUDGMENT is hereby entered:

In favor of Plaintiff the estate of Jacob Dominguez and against Defendant Michael Pina on Count 1—42 U.S.C. § 1983, Fourth Amendment—in the amount of $1 million, and in favor of Defendants City of San Jose and San Jose Police Department and against all Plaintiffs as separately set forth in the Court's Order on Summary Judgment (ECF No. 70);

In favor of Defendants Michael Pina, City of San Jose, and San Jose Police Department and against Plaintiff the estate of Jacob Dominguez on Count 2—Bane Act; and

In favor of Defendants Michael Pina, City of San Jose, and San Jose Police Department and against Plaintiffs Jessica Dominguez and the three minor children on Count 3—42 U.S.C. § 1983, Fourteenth Amendment.

//
//
//

Plaintiff shall recover from Defendants the costs of suit according to proof.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2022

_____
BETH LABSON FREEMAN
United States District Judge