1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6                           SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE and MICHAEL PINA,<br><br>Defendants. | Case Number: 5:18-cv-04826-BLF<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find as follows:

FOURTH AMENDMENT

QUESTION 1: Did plaintiff the estate of Jacob Dominguez prove by a preponderance of the evidence that Michael Pina used excessive force against decedent Jacob Dominguez, causing him harm?

____✓____ YES _____ NO

If you answered "Yes" to Question 1, please answer Question 2. If you answered "No" to Question 1, please sign and date the verdict form and return it to the Court.

QUESTION 2: Did plaintiff the estate of Jacob Dominguez prove by a preponderance of the evidence that the violation of Jacob Dominguez's Constitutional right to be free from excessive force was committed with malice, oppression, or reckless disregard of his Constitutional right?

_____ YES ____✓____ NO

Please go to Question 3.

1

FOURTEENTH AMENDMENT

QUESTION 3: Did plaintiffs Jessica Dominguez and the three children prove by a preponderance of the evidence that Michael Pina's conduct shocks the conscience because he acted with a purpose to harm decedent Jacob Dominguez that was unrelated to a legitimate law enforcement objective?

_____ YES \_\_\_\_✓_____ NO

If you answered "Yes" to Question 3, please answer Question 4. If you answered "No" to Question 3, please go to Question 5.

QUESTION 4: Did plaintiffs Jessica Dominguez and the three children prove by a preponderance of the evidence that the violation of their Constitutional right to be free from governmental interference with their familial relationships was committed with malice, oppression, or reckless disregard of their Constitutional right?

_____ YES _____ NO

Please go to Question 5.

BANE ACT

QUESTION 5: Did Plaintiff the estate of Jacob Dominguez prove by a preponderance of the evidence that Michael Pina acted violently against decedent Jacob Dominguez to prevent him from exercising, or in retaliation for exercising, his right to be free from excessive force, with intent to deprive Jacob Dominguez of his enjoyment of the interests protected by the right to be free from excessive force?
_____ YES \_\_\_\_✓\_\_\_\_\_ NO

If you answered "Yes" to Question 5, please answer Question 6. If you answered "No" to Question 5, please go to the section titled "DAMAGES".

QUESTION 6: Did Plaintiff the estate of Jacob Dominguez prove by a preponderance of the evidence that Michael Pina's interference with his right to be free from excessive force was a substantial factor in causing decedent Jacob Dominguez harm?
_____ YES _____ NO

If you answered "Yes" to Question 6, please answer Question 7. If you answered "No" to Question 6, please go to the section titled "DAMAGES".

QUESTION 7: Did Plaintiff the estate of Jacob Dominguez prove by clear and convincing evidence that it should recover punitive damages against Michael Pina because the violation of the Bane Act was committed with malice, oppression, or reckless disregard?
_____ YES _____ NO

Please go to the section titled "DAMAGES".

DAMAGES

Please answer Question 8 only if you answered "Yes" to Question 1, above.

QUESTION 8: What amount of damages, if any, did plaintiff the estate of Jacob Dominguez prove should be recovered on behalf of decedent Jacob Dominguez for his pre-death pain and suffering?

$ 1,000,000.00

Please answer Question 9 only if you answered "Yes" to Question 3, above.

QUESTION 9: What amount of damages, if any, did plaintiffs Jessica Dominguez and the three children prove they should recover for loss of decedent Jacob Dominguez's financial support, household services, and/or for funeral and burial expenses?

$_____

If you award damages in this question, what percent of the total do you award to each plaintiff?

Jessica Dominguez  _____%
Ja. Dominguez       _____%
Jo. Dominguez       _____%
Jal. Dominguez      _____%
Total                   100%

4

Please answer Question 10 only if you answered "Yes" to Question 3, above.

QUESTION 10: What amount of damages, if any, did plaintiffs Jessica Dominguez and the three children prove they should recover for loss of decedent Jacob Dominguez's love, companionship, comfort, care, assistance, protection, affection, society, moral support, and/or training and guidance?

Jessica Dominguez  $_____

Ja. Dominguez      $_____

Jo. Dominguez      $_____

Jal. Dominguez     $_____

Please answer Question 11 only if you answered "Yes" to Question 7, above.

QUESTION 11: What amount of nominal damages, if any, do you award plaintiff the estate of Jacob Dominguez under the Bane Act?

$_____

Please go to Question 12.

TO ASSIST THE COURT

Please answer Question 12 only if you answered "Yes" to Question 1, above.

QUESTION 12: Did decedent Jacob Dominguez drop his hands and lean forward before Michael Pina fired his weapon?

_____ YES _____ NO

Please sign and date the verdict form and return it to the Court.

Date: 8-31-2022          Signed: [signature]

                                                                           Presiding Juror