UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DOMINGUEZ, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR JACOB DOMINGUEZ, JORDAN DOMINGUEZ AND JALIYAH DOMINGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE and MICHAEL PINA,<br><br>Defendants. | Case Number: 5:18-cv-04826-BLF<br><br>**VERDICT FORM<br>SPECIAL INTERROGATORY** |

## TO ASSIST THE COURT

Now that you have returned your verdict answering "Yes" to Question 1, please answer the following question:

QUESTION 12: Did decedent Jacob Dominguez drop his hands and lean forward before Michael Pina fired his weapon?

____✓____ YES   _____ NO

Please sign and date the verdict form and return it to the Court.

Date: __8-31-2022__          Signed: _[signature]_